# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARCELO GOMEZ,

        Plaintiff,

    vs.

H & C HAN'S CORPORATION; CHONG WOL HAN, AS TRUSTEE OF THE HONG KL HAN EXEMPTION TRUST; and DOES 1 to 10,

        Defendants.

**Case No.: 2:26-cv-03984-AH-BFMx**
Assigned to Anne Hwang

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE [18]  [JS-6]**

ORDER RE: NOTICE OF VOLUNTARY DISMISSAL

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

SO ORDERED.

DATED: MAY 14, 2026

Anne Hwang,
United States District Judge

-2-

ORDER RE: NOTICE OF VOLUNTARY DISMISSAL